MCGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700

**FILED**

**Jun 16, 2020**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH WARRANT CONCERNING:<br><br>**A CELL-SITE SIMULATOR TO LOCATE: Cellular Telephone Number 402-987-6126** | 2:20-SW-0434-DB<br><br>**ORDER RE: REQUEST TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT** |

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the file in the above-captioned matter be, and is, hereby ordered unsealed.

Dated:  June 16, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE